```
 1   Scott J. Sagaria (SBN 217981)
     SJSagaria@sagarialaw.com
 2   Elliot W. Gale (SBN 263326)
 3   EGale@sagarialaw.com
     Joe Angelo (SBN 268542)
 4   JAngelo@sagarialaw.com
 5   SAGARIA LAW, P.C.
     3017 Douglas Blvd., Ste 200
 6   Roseville, CA 95661
     Telephone:  (408) 279-2288
 7   Facsimile:  (408) 297-2299
 8
 9   Attorneys for Plaintiff Teresa Solis
```

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| TERESA SOLIS, | Case No.: 5:17-cv-05412-HRL |
|---|---|
| Plaintiff, | *Assigned to the Honorable Howard R. Lloyd* |
| v. | **NOTICE OF SETTLEMENT WITH DEFENDANT WEBBANK** |
| WEBBANK, | |
| Defendant. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Teresa Solis and defendant WebBank, by and through their respective counsel of record, have reached a settlement in principle of the above-captioned case and are in the process of documenting said settlement.  The Parties believe the settlement will be finalized within sixty (60) days and will request dismissal with prejudice of WebBank from this action upon finalization.

**SAGARIA LAW, P.C.**

Dated: December 5, 2017        By:    /s/ *Elliot Gale*
                                                     Elliot Gale
                                                     Attorneys for Plaintiff

**DOLL AMIR & ELEY LLP**

Dated: December 5, 2017        By:    /s/ *Chelsea Lynn Diaz*
                                                     Chelsea Lynn Diaz
                                                     Attorneys for Defendant
                                                     WebBank

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Chelsea Lynn Diaz has concurred in this filing.

*/s/ Elliot Gale*